MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
MARC PRICE WOLF (CABN 254495)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 13-0794 WHA |
| v. | |
| RUBEN QUIROZ, | STIPULATION RE SENTENCING AND JUDGMENT |
| Defendant. | |

After the sentencing of defendant Ruben Quiroz on April 28, 2015, the parties and probation noticed a small error in what was said on the record with respect to the term of supervised released for one of the counts of conviction. Mr. Quiroz was convicted and sentenced on Counts One (18 U.S.C. § 1962(d) - RICO Conspiracy), Four (18 U.S.C. § 924(c) – Carrying/Using a Firearm in Furtherance of a Crime of Violence), and Fourteen (18 U.S.C. § 1951(a) – Robbery Affecting Interstate Commerce). Counts One and Four each carry a 5 year term of supervised release, but Count Fourteen only carries a 3 year term of supervised release. At the sentencing hearing, the Court stated, and the parties did not object, that Mr. Quiroz should have a 5 year term of supervised release which would run concurrent on all counts.

STIPULATION RE SENTENCING AND JUDGMENT
CR 13-0794  WHA                      1

1  The proper disposition should be a 5 year term of supervised release for Counts One and Four
2  and a 3 year term of supervised release for count Fourteen, all to run concurrently.  This change would
3  have no effect on the sentence of Mr. Quiroz, but it would at least correct the record.
4  At the conclusion of the sentencing, the government did not orally move to dismiss the open
5  charges against Mr. Quiroz.  The government hereby moves and the parties stipulate to dismiss Counts
6  Two, Three, and Thirteen of the Indictment against Mr. Quiroz.
7  The parties and probation have no objection to having these changes be reflected in the
8  judgment.
9  IT IS SO STIPULATED.

10 DATED: April 30, 2015                    Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MARC PRICE WOLF
DAMALI TAYLOR
Assistant United States Attorneys

/s/
DENA YOUNG
Attorney for Defendant Ruben Quiroz.

IT IS SO ORDERED.

DATE:  May 5, 2015.

WILLIAM ALSUP
United States District Judge