IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RUBEN ALEJANDRO QUIROZ,<br><br>  Defendant. | No. CR 13-00794-003-WHA<br><br>**ORDER FILING UNDER SEAL** |

For good cause shown, the Presentence Report referenced in defense counsel's declaration in support of the Motion to File Presentence Report Under Seal shall be filed under seal.

IT IS SO ORDERED.

  June 30, 2016.  
  DATED

William Alsup
United States District Judge

CR 13-00794-003 WHA
DECL., MOT. & ORD FILING UNDER SEAL