IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RUBEN QUIROZ,<br><br>　　　　　Defendant. | No. CR 13-00794 WHA<br><br>[PROPOSED] ORDER VACATING ORDER TO SHOW CAUSE AND BRIEFING SCHEDULE FOR 28 U.S.C. § 2255 MOTION |

　　　　In light of Ruben Quiroz's voluntary dismissal of his pro se Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, the Order to Show Cause and briefing schedule issued on June 30, 2016 (Dkt. 341) are hereby VACATED.

　　　　IT IS SO ORDERED.

　July 14, 2016.　　　　　　　　　　　　　　　／s／ William Alsup
　DATED　　　　　　　　　　　　　　　　　William Alsup
　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER DISMISSING 2255 MOTION WITHOUT PREJUDICE
CR 13-00794 WHA